IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL RAY HESSLER,

    Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                       Case No. 12-cv-260-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Michael Ray Hessler awarding attorney fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the stipulated amount of $5,794.77.

*s/Peter Oppeneer*                                        3/5/2013
Peter Oppeneer, Clerk of Court                     Date